■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM KOLVINSKY, Appellant. [788 NYS2d 855]—Judgment, Supreme Court, New York County (Budd G. Goodman, J.), rendered May 22, 2003, convicting defendant, upon her plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing her to a term of 3 to 9 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of 2 to 6 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Andrias, J.P., Saxe, Sullivan, Ellerin and Sweeny, JJ.

■ In the Matter of JEROME H., a Person Alleged to be a Juvenile Delinquent, Appellant. [788 NYS2d 856]—

Order of disposition, Family Court, New York County (Mary E. Bednar, J.), entered on or about August 13, 2003, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of robbery in the second degree, grand larceny in the fourth degree and criminal possession of stolen property in the fifth degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court properly denied appellant's motion to preclude identification testimony (*see* Family Ct Act § 330.2 [2]; CPL 710.30 [1] [b]). There was no police-arranged identification requiring notice, and, in any event, the notice provided by the presentment agency was sufficient (*see People v Lopez*, 84 NY2d 425 [1994]). Concur—Andrias, J.P., Saxe, Sullivan, Ellerin and Sweeny, JJ.